IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYRONE ALLEN,

       Plaintiff,                                 Civ. No. 3:22-cv-1105-CL

       v.                                           ORDER

DR. PLATAS, et al.,

       Defendants.

_____

MCSHANE, Judge:

       Magistrate Judge Mark Clarke filed a Findings and Recommendation (#26), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#26) is adopted. Defendants' Motion for summary judgment (#21) is GRANTED.

IT IS SO ORDERED.

       DATED this 11th day of January, 2024.

                                                      _____/s/ Michael J. McShane_____
                                                               Michael McShane
                                                         United States District Judge